UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.   24-40416 - PWB |
| RANDY DAVID HIGGINS | ) | |
| AMANDA LEE HIGGINS | ) | |
|    Debtor. | ) | CHAPTER 13 |

**MOTION TO RECOSIDER ORDER OF DISMISSAL**

COMES NOW Debtor, Randall David Higgins and Amanda Lee Higgins (" Debtor") and shows the Court the following:

1.

On March 18, 2025, Debtor filed a Voluntary Petition in Bankruptcy for relief under Title 11, Chapter 7 of the United States Code.

2.

Debtors' case was placed on a 10-day-status for funding following the confirmation hearing on July 24, 2024.

3.

The Trustee filed a supplemental report requesting dismissal on August 21, 2024 due to the Debtors' failure to fund the plan.

4.

On September 3, 2024, Debtors paid $700.00 to counsel. They will also pay an additional $160.00 on September 6, 2024, which will bring the payments current.

5.

WHEREFORE, Debtor prays that this Honorable Court grant the following relief:

a) That this Honorable Court entre an order reopening this case; and
b) For such other and further relief that this court deems just and proper.

{Signature on following page}

September 3, 2024

                               Respectfully submitted,
                               JOSEPH & BAKER LLC


                               __/s/_*Alaina C. Joseph*_____
                               Alaina C. Joseph
                               Georgia Bar Number 940583
                               650 Ponce De Leon Ave. Ste 300 #1085
                               Atlanta, GA 30308
                               (404)402-2200
                               alaina@josephbakerllc.com
                               Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.   24-40416 - PWB |
| RANDY DAVID HIGGINS | ) | |
| AMANDA LEE HIGGINS | ) | |
|    Debtor. | ) | CHAPTER 13 |

**NOTICE OF HEARING**

     PLEASE TAKE NOTICE that Randall David Higgins and Amanda Lee Higgins has filed a Motion to Reconsider Dismissal  (the "Motion") and related papers with the Court seeking to reconsider the order of dismissal in this case.

     PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion at **10:00 A.M.** on **September 25, 2024** in Courtroom **342**, United States Courthouse, 600 East First Street, Rome, Georgia 30161, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

     Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 339, Federal Building, 600 East First Street, Rome, Georgia 30161. You must also mail a copy of your response to the undersigned at the address stated below.

This _3rd_ day of September, 2024.

                                                                                            By:__/s/_Alaina C. Joseph_____
                                                                                            Alaina C. Joseph
                                                                                            Georgia Bar Number 940583
                                                                                            650 Ponce De Leon Ave. Ste 300 #1085
                                                                                            Atlanta, GA 30308
                                                                                            (404)402-2200
                                                                                            alaina@josephbakerllc.com
                                                                                            Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  24-40416 - PWB |
| RANDY DAVID HIGGINS | ) | |
| AMANDA LEE HIGGINS | ) | |
|    Debtor. | ) | CHAPTER 13 |

## CERTIFICATE OF SERVICE

    I hereby certify that on the 3rd day of September 2024, I electronically filed the foregoing Motion to Reconsider Dismissal using the Bankruptcy Court's Electronic Case Filing program, which sends notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Case Filing program:

    K. Edward Safir, Chapter 13 Trustee
    Wendell S. Agee, Cossa Valley Credit Union

    I further certify that on this day I caused a copy of this document to be served via United States first class mail with adequate postage prepaid the parties on the attached matrix.

    Randall Higgins
    Amanda Higgins
    P.O. Box 184
    Granger, GA 30734

This __3rd__ day of __September__, 2024

    By:___/s/_*Alaina C. Joseph*_____
    Alaina C. Joseph
    Georgia Bar Number 940583
    650 Ponce De Leon Ave. Ste 300 #1085
    Atlanta, GA 30308
    (404)402-2200
    alaina@josephbakerllc.com
    Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 24-40416-pwb<br>Northern District of Georgia<br>Rome<br>Tue Sep  3 20:25:15 EDT 2024 | 1st Franklin Financial<br>127 Wc Bryant Pkwy<br>Ste D<br>Calhoun, GA 30701-2654 | Acima<br>9815 S Monroe St<br>Sandy, UT 84070-4297 |
| Acima Credit<br>9815 S Monroe St<br>Fl 4<br>Sandy, UT 84070-4384 | Wendell S. Agee<br>The Agee Law Firm, LLC<br>P. O. Box 2284<br>Buford, GA 30515-9284 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 |
| Connie Freeman<br>413 Cartersville St.<br>Ball Ground, GA 30107-3901 | Coosa Valley Credit Union<br>2010 Redmond Circle<br>Rome, GA 30165-1398 | Coosa Valley Credit Union<br>2010 Redmond Cir NW<br>Rome, GA 30165-1398 |
| Coosa Valley Credit Union<br>Attn: Bankruptcy<br>1307 Redmond Rd NW<br>Rome, GA 30165-9655 | Coosa Valley Credit Union<br>THE AGEE LAW FIRM, LLC<br>P.O. Box 2284<br>Buford, GA 30515-9284 | Credit One Bank<br>P.O. Box 60500<br>City of Industry, CA 91716-0500 |
| EMERGENCY COVERAGE CORPORATION<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 | Flowering Peach BK, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX  75014-1419 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Albert Clark Guthrie<br>K. Edward Safir, Standing Chapter 13 Tru<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303-1229 | HOSPITAL PHYSICIANS SERVICES SE, PC<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 | Harbin Clinic LLC<br>C/O Nationwide Recovery Service<br>PO Box 8005<br>Cleveland, TN 37320-8005 |
| Amanda Lee Higgins<br>188 US Hwy 411<br>Ranger, GA 30734-5052 | Randall David Higgins<br>188 US Hwy 411<br>Ranger, GA 30734-5052 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Alaina Joseph<br>Joseph & Baker LLC<br>650 Ponce De Leon Ave. Ste. 300 #1085<br>Atlanta, GA 30308-1864 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding/Resurgent Capital<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603-0497 |
| Progressive<br>PO Box 55848<br>Sherman Oaks, CA 91413-0848 | Quantum3 Group LLC as agent for<br>CASCADE CAPITAL FUNDING LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1229 | Security Credit Servic<br>306 Enterprise Dr<br>Oxford, MS 38655-2762 |

| | | |
|---|---|---|
| Security Credit Services<br>Attn: Bankruptcy<br>PO Box 1156<br>Oxford, MS 38655-1156 | Security Finance Co<br>Attn: Bankruptcy/Centralized Bank<br>PO Box 1893<br>Spartanburg, SC 29304-1893 | (p)SUNSET MANAGEMENT CO LLC<br>ATTN KRISTIN WILSON<br>510 MOUNTIAN VIEW DR<br>SUITE 500<br>SENECA SC 29672-2145 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | World Finance Company of Georg<br>306 Enterprise Dr<br>Oxford, MS 38655-2762 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd<br>Fl 4<br>Sherman Oaks, CA 91411-2532 | (d)Caine & Weiner<br>PO Box 55848<br>Sherman Oaks, CA 91413-0848 | Georgia Department of Revenue<br>Compliance Department of Revenue<br>1800 Century Blvd NE Ste. 9100<br>Atlanta, GA 30345 |
| Sunset Finance<br>510 Mountain View Dr<br>Seneca, SC 29672-2133 | (d)Sunset Finance CO., LLC<br>510 Mountain View Dive<br>Suite 500<br>Seneca, SC 29672 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Connie Freeman | (u)Credit One Bank N.A. | (u)Greenville, SC 29602 |
| (u)Lvnv Funding LLC | (u)Security Finance Co | (u)Spartanburg, SC 29304 |

End of Label Matrix
Mailable recipients    34
Bypassed recipients     6
Total                  40